

## In The
## Court of Appeals
## Sixth Appellate District of Texas at Texarkana

No. 06-12-00114-CR

GEORGE WAYNE SMITH, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 173rd Judicial District Court
Henderson County, Texas
Trial Court No. C-19,057

Before Morriss, C.J., Carter and Moseley, JJ.

ORDER

Court reporter Brandi Ray recorded the trial court proceedings in cause number 06-12-00114-CR, styled *George Wayne Smith v. The State of Texas*, in the 173rd Judicial District Court of Henderson County, Texas. The reporter's record was originally due in this case on or before September 14, 2012. Ray sought and we granted an extension of that deadline to October 26, 2012. We have received no additional requests for extensions and have not received the reporter's record.

The Texas Rules of Appellate Procedure establish that both "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." TEX. R. APP. P. 35.3(c). In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure the timely filing of this appellate record.

Therefore, it is ordered that Brandi Ray complete and file the reporter's record in cause number 06-12-00114-CR, *George Wayne Smith v. The State of Texas*, trial court number C-19,057, to be received by this Court no later than Friday, December 21, 2012.

IT IS SO ORDERED.

BY THE COURT

Date: December 4, 2012

FILED IN
The Court of Appeals
Sixth District

DEC 04 2012

Texarkana, Texas
Debra Autrey, Clerk

2